JS-6

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION

CYNTHIA RAMIREZ, ) Case No.: 2:10-cv-01632-RGK (RZx)
)
  Plaintiff, ) [PROPOSED] ORDER OF DISMISSAL
v. ) WITH PREJUDICE
)
PN FINANCIAL, INC., )
)
  Defendant. )
)
)

Based upon the Voluntary Dismissal filed by Plaintiff, CYNTHIA RAMIREZ, by and through her attorneys, KROHN & MOSS, LTD., the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: APR 29 2010

The Hon. Frederick F. Mumm
United States ~~Magistrate~~ District Judge

1

[Proposed] Order